**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE: _____  Case No. _____

**CANTRES CASIANO, ERIKA ALEJANDRA**  Chapter **13**
_____
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____  ☐ AMENDED PLAN DATED: _____
☐ PRE ☐ POST-CONFIRMATION  Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **350.00** x **60** = $ **21,000.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **21,000.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____

☐ Other: _____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **21,000.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,745.00**

Signed: **/s/ ERIKA ALEJANDRA CANTRES CASIA**
Debtor

Joint Debtor

Attorney for Debtor **Marilyn Valdes Ortega Law Offices**  Phone: **(787) 758-4400**
CHAPTER 13 PAYMENT PLAN

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR _____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **USDA**      Cr. _____      Cr. _____
# **4276**       # _____        # _____
$ **14,934.87**  $ _____        $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____      Cr. _____      Cr. _____
# _____        # _____        # _____
$ _____        $ _____        $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____      Cr. _____      Cr. _____
# _____        # _____        # _____
$ _____        $ _____        $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**COOP ABRAHAM R**   **COOP ABRAHAM R**
5. ☐ Other: _____
6. ☑ Debtor otherwise maintains regular payments directly to:
**USDA**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☑ Classifies ☐ Does not Classify Claims.
1. (a) Class A: ☑ Co-debtor Claims / ☑ Other: *pay ahead*
☐ Paid 100% / ☐ Other: _____
Cr. **COOP ABRAHAM R**  Cr. _____  Cr. _____
# **0428**              # _____    # _____
$ **1,182.57**          $ _____    $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR 11 USC 330.

FAILURE TO TIMELY OBJECT TO THIS PLAN CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT UNDER 11 USC 1325(a)(5).

ANY POST PETITION INCOME TAX REFUND THAT DEBTOR(S) WOULD BE ENTITLED TO RECEIVE DURING THE TERM OF THE PLAN WILL BE USED TO FUND THIS PLAN. AFTER ITS CONFIRMATION, AND WITHOUT FURTHER NOTICE, HEARING OR COURT ORDER, THE PLAN SHALL BE DEEMED MODIFIED BY THE INCREMENT(S) TO ITS BASE, IN AN AMOUNT EQUAL TO THE AMOUNT OF EACH INCOME TAX REFUND.